## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **VISUAL EFFECT INNOVATIONS, LLC** | |
| **Plaintiff,** | **Civil Action No.** |
| **v.** | **JURY TRIAL DEMANDED** |
| **LG ELECTRONICS U.S.A., INC.** | |
| **Defendant,** | |

## COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement arising under the Patent Laws of the United States of America, 35 U.S.C. § 1 et seq. in which Plaintiff Visual Effect Innovations, LLC ("VEI" or "Plaintiff") files this patent infringement action against Defendant LG Electronics U.S.A., Inc. ("LG" or "Defendant").

## BACKGROUND

1.      Plaintiff VEI is the assignee of all right, title, and interest in and to U.S. Patent No. 9,699,444, entitled "Faster state transitioning for continuous adjustable 3Deeps filter spectacles using multi-layered variable tint materials" ("the '444 Patent," attached as Exhibit A), U.S. Patent No. 9,716,874, entitled "Continuous adjustable 3Deeps Filter Spectacles for optimized 3Deeps stereoscopic viewing, control method and means therefor, and system and method of generating and displaying a modified video" ("the '874 Patent," attached as Exhibit B), and U.S. Patent No. 7,030,902 entitled "Eternalism, a method for creating an appearance of sustained three-dimensional motion-direction of unlimited duration, using a finite number of pictures" ("the '902 Patent," attached as Exhibit C), and (collectively, the "Patents-in-Suit"). VEI has the exclusive right to assert all causes of action arising under the Patents-in-Suit and the right to remedies for infringement thereof.

1

2.      The inventors on the Patents-in-Suit are Kenneth Martin Jacobs and Ronald Steven Karpf.

3.      Mr. Jacobs is the Distinguished Professor Emeritus of Cinema at SUNY Binghamton.  He is the recipient of the American Film Institute's Maya Deren Independent Film and Video Artists Award, and the winner of the Los Angeles Film Critic's Douglas Edwards Experimental/Independent Film/Video Award.  He is also the recipient of the Guggenheim Award and a special Rockefeller Foundation grant, and his work has been featured in prominent museums including the New York Museum of Modern Art, The American House in Paris, the Arsenal Theater in Berlin, the Louvre in Paris, and at the Getty Center in Los Angeles.

4.      Mr. Karpf is the Founding Partner of bioinformatics company ADDIS Informatics, and Founding Partner of technology security company Geo Codex LLC.  Mr. Karpf has an MA and Ph.D. in Mathematical Sciences.

5.      By making, using, selling, offering for sale, and importing products including but not limited to active 3d glasses and LG TVs, LG is infringing the claims of the Patents-in-Suit.

## PARTIES

6.      VEI is a Texas Limited Liability Company with a principal place of business at 1400 Preston Road, Suite 400, Plano, Texas 75093.

7.      On information and belief, LG is registered to do business in the State of Delaware and it may be served with process by delivering a summons and a true and correct copy of this complaint to its registered agent for receipt of service of process, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

## JURISDICTION AND VENUE

8.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

9.     Court has personal jurisdiction over LG because, among other reasons, LG has established minimum contacts with the forum state of Delaware.

10.     Venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is a resident of Delaware, and has a regular and established place of business in this District, and has committed acts of infringement in this District.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 9,699,444

11.     Plaintiff incorporates by reference the foregoing paragraphs and further alleges as follows:

12.     On July 4, 2017, the United States Patent and Trademark Office issued the '444 Patent for inventions covering an apparatus, which in one claimed embodiment comprises a storage adapted to: store one or more image frames; and a processor adapted to: obtain a first image frame from a first video stream; generate a modified image frame by performing at least one of expanding the first image frame, shrinking the first image frame, removing a portion of the first image frame, stitching together the first image frame with a second image frame, inserting a selected image into the first image frame, and reshaping the first image frame, wherein the modified image frame is different from the first image frame; generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the modified image frame; display the modified image frame; and display the bridge frame.  A true and correct copy of the '444 Patent is attached as Exhibit A.

13.     LG has been and is now directly and indirectly infringing one or more claims of the '444 Patent, in this judicial District and elsewhere in the United States.

14.     For example, LG directly infringes the '444 Patent, including but not limited to claim 1 and 26, by making, using, selling, offering for sale, selling and importing LG TVs.  The LG products discussed herein are representative of the products accused, which encompass other LG products having similar features.



SUPER UHD 4K HDR Smart LED TV - 65" Class (64.5" Diag)
65UH8500



http://www.lg.com/us/tvs/lg-65UH8500-4k-uhd-tv

15.     LG TV's include a storage adapted to store one or more image frames.  For example, the LG 65UH8500 uses a SoC which will include a storage capable of storing one or more image frames, e.g.:



### System on Chip (SoC)
Information about the central processor, graphic processor and the memory of the model.

| | | |
|---|---|---|
| **SoC**<br>The system-on-chip (SoC) integrates different hardware components such as CPU, GPU, memory and others. | M16+F16 | |
| **CPU cores**<br>The software instructions are performed by the CPU cores. The higher number of cores allows for the parallel (simultaneous) processing of more instructions and achieving higher performance. There are various processors equipped with 1, 2, 4, 6, 8, and more cores. | 4 | |

http://www.displayspecifications.com/en/model/7ed33c6

16.     LG TV's include a processor adapted to obtain a first image frame from a first video stream.  For example, the LG 65UH8500 uses a SoC which includes a quad core CPU and memory capable of obtaining a first image frame from a first video stream via any of its video input connections.  The video stream could come from a cable box, DVD/Blu-Ray player, computer, or one of many other sources, e.g.:



### System on Chip (SoC)
Information about the central processor, graphic processor and the memory of the model.

| | | |
|---|---|---|
| **SoC**<br>The system-on-chip (SoC) integrates different hardware components such as CPU, GPU, memory and others. | M16+F16 | |
| **CPU cores**<br>The software instructions are performed by the CPU cores. The higher number of cores allows for the parallel (simultaneous) processing of more instructions and achieving higher performance. There are various processors equipped with 1, 2, 4, 6, 8, and more cores. | 4 | |

http://www.displayspecifications.com/en/model/7ed33c6

| INPUTS | |
|---|---|
| HDMI | 3 (HDCP 2.2) |
| USB | 3 |
| RF In (Antenna/Cable) | 1 |
| Composite In | 1 |
| Component In | 1 (shared with composite) |
| Ethernet | 1 |
| Optical | 1 |
| RS232C (Mini Jack) | 1 |

http://www.lg.com/us/support/products/documents/UH8500_Series_Spec_Sheet_Updated_10112016.pdf

17.    LG TV's expand the first image frame to generate a modified image frame, wherein the modified image frame is different from the first image frame.  For example, the LG 65UH8500 has a screen resolution of 3840 x 2160 pixels. It has an Upscaler which in real-time expands the input frame to a modified image frame with the screen resolution. The Image processor Upscales by expanding the image frame to a modified image frame. Since the image frame and the modified image frame are on different sizes, the modified image frame is different from the first image frame, e.g.:

| PICTURE QUALITY |
| --- |
| Ultra HD (3,840 x 2,160) |
| TruMotion 240Hz |
| Quantum Display |
| IPS Panel |
| Super Mastering Engine |
| HDR Super w/ Dolby Vision™ |
| Tru Black Panel |
| Ultra Luminance |
| 4K Upscaler |
| Local Dimming |

http://www.lg.com/us/support/products/documents/UH8500_Series_Spec_S
heet_Updated_10112016.pdf

18.    LG TV's generate a bridge frame (e.g., partially lit backlight frame created by use of local dimming), wherein the bridge frame is a non-solid color, wherein the bridge fame is different from the first image and different from the modified image frame.  For example, the LG 65UH8500 uses Local Dimming. Local Dimming is a non-solid color backlight. So, the TV uses a bridge frame that is a non-solid color and is different from the first frame and different from the modified (expanded) image frame, e.g.:

| PICTURE QUALITY |
| --- |
| Ultra HD (3,840 x 2,160) |
| TruMotion 240Hz |
| Quantum Display |
| IPS Panel |
| Super Mastering Engine |
| HDR Super w/ Dolby Vision™ |
| Tru Black Panel |
| Ultra Luminance |
| 4K Upscaler |
| Local Dimming |

http://www.lg.com/us/support/products/documents/UH8500_Series_Spec_S
heet_Updated_10112016.pdf

What is local dimming on a TV?

**Local dimming** is a feature on LED TVs that dims the backlight behind parts of the screen that are displaying black. This makes blacks appear deeper and darker on those parts of the screen, which can be a big bonus for people who watch video with darker scenes, like movies and **TV** shows.  Jun 1, 2016

https://www.google.com/search?q=what+is+local+dimming+on+a+tv&rlz=1C5CHFA_enUS519US519&oq=what+is+
local+dimming+on+a+tv&aqs=chrome..69i57j0.3840j0j7&sourceid=chrome&ie=UTF-8#safe=off&q=local+dimming

substantially similar.  In electronic media, the bridge-picture may simply be a timed unlit-screen pause between serial re-appearances of the two or more similar image pictures.  The rolling movements of

15/217,612 specification

19.     LG TV's generate a bridge frame (e.g., partially lit backlight frame created by use of local dimming), wherein the bridge frame is a non-solid color, wherein the bridge fame is different from the first image and different from the modified image frame. For example, the LG 65UH8500 uses Local Dimming. Local Dimming is a non-solid color backlight. So, the TV uses a bridge frame that is a non-solid color and is different from the first frame and different from the modified (expanded) image frame, e.g.:

**LED Local Dimming**

Maximizes the contrast ratio by making the bright side of the screen brighter and the dark side of the screen darker.

**Off:** Disables the LED Local Dimming function.

**Low / Medium / High:** Changes the contrast ratio.

---

LED Local Dimming  technology, controlling sectors of backlight, is meant  at enhancing contrast ratio and energy efficiency. Each sector controlled by picture analysis algorithm  produces a seamless image  under normal circumstances. ▶
However, in darker scenes it tends to be intrusive so best to disable Local Dimming  feature. ▶

http://www.lg.com/uk/support/product-help/CT00008334-1436495191346-others; http://www.lg.com/ca_en/support/product-help/CT20098005-20150226846632-poor-picture-quality-or-poor-color;

20.     LG's TVs, such as the LG 65UH8500, generate a blended modified image frame (i.e., the image perceived by the user) by blending the LCD layer (i.e., the modified image frame) with a partially lit backlight (i.e., the bridge frame). The Upscaler creates a modified image frame on the LCD layer and the Local Dimming feature generates a non-solid color bridge frame using the backlight. Together, the modified image frame and bridge frame generate a blended modified image frame. This blended modified image frame is then displayed on the LG 65UH8500's screen, e.g.:

| PICTURE QUALITY |
| --- |
| Ultra HD (3,840 x 2,160) |
| TruMotion 240Hz |
| Quantum Display |
| IPS Panel |
| Super Mastering Engine |
| HDR Super w/ Dolby Vision™ |
| Tru Black Panel |
| Ultra Luminance |
| 4K Upscaler |
| Local Dimming |

http://www.lg.com/us/support/products/documents/UH8500_Series_Spec_Sheet_Updated_10112016.pdf

**What is local dimming on a TV?**

**Local dimming** is a feature on LED TVs that dims the backlight behind parts of the screen that are displaying black. This makes blacks appear deeper and darker on those parts of the screen, which can be a big bonus for people who watch video with darker scenes, like movies and **TV** shows.  Jun 1, 2016

https://www.google.com/search?q=what+is+local+dimming+on+a+tv&rlz=1C5CHFA_enUS519US519&oq=what+is+local+dimming+on+a+tv&aqs=chrome..69i57j0.3840j0j7&sourceid=chrome&ie=UTF-8#safe=off&q=local+dimming

21.     LG also infringes claim 26 of the '444 Patent by making, using, selling, offering for sale and importing LG monitors.   The LG products discussed herein, such as the LG 38UC99-W, are representative of the products accused, which encompass other LG products having similar features.



22.     LG monitors comprise a storage adapted to store one or more image frames.

http://www.lg.com/us/monitors/lg-38UC99-W-ultrawide-monitor; https://www.displayspecifications.com/en/model/65bf6db

For example, the LG 38UC99-W is an LED monitor, and accordingly must include a storage for the monitor instructions to be stored on as well as being capable of storing one or more image frames, e.g.:



http://monitorinsider.com/monitor_anatomy/

23.     LG monitors comprise a processor adapted to obtain a first image frame from a first video stream.  For example, the LG 38UC99-W is an LED monitor that accordingly must include a processor for processing stored instructions for the monitor functionality and is also capable of obtaining a first image frame from a first video stream via any of its video input connections (e.g., from a cable box, DVD/Blu-Ray player, computer, or one of many other sources), e.g.:

http://monitorinsider.com/monitor_anatomy/

24.     LG monitors comprise a processor adapted to obtain a first image frame from a first video stream. For example, the LG 38UC99-W is an LED monitor that accordingly must include a processor for processing stored instructions for the monitor functionality and is also capable of obtaining a first image frame from a first video stream via any of its video input connections (e.g., from a cable box, DVD/Blu-Ray player, computer, or one of many other sources), e.g.:



| INPUTS/OUTPUTS | |
| --- | --- |
| HDMI | Yes (ver2.0, 2ea) |
| Display Port | Yes(1.2) |
| USB 3.0 | 2 ea |
| USB 3.0 Quick Charge | 1 |

https://www.youtube.com/watch?v=4-rSki4p828;  http://www.lg.com/us/monitors/lg-38UC99-W-ultrawide-monitor

25.     LG monitors generate a modified image frame by performing at least an expanding of the first image frame.  For example, the LG 38UC99-W performs upscaling (as evidenced though its use of Super+ Resolution) which expands the input frame in real-time to a modified image frame matching the native resolution. Since the image frame and the modified image frame are different sizes, the modified image frame is different from the first image frame, e.g.:

| Super+ Resolution | Yes |
| --- | --- |

# Perfectly Clear Picture, SUPER+ Resolution

'SUPER+ Resolution' technology improves the quality of up-scaled images by removing the problems of fading and rough edges, which are often inevitable when using bilinear or bicubic image enlargement.

http://www.lg.com/us/monitors/lg-38UC99-W-ultrawide-monitor; http://www.lg.com/hk_en/monitor/lg-E1951T-home



26.     LG monitors generate a an expanding of the first image frame. For upscaling (as evidenced though its use of frame in real-time to a modified image frame image frame and the modified image frame are modified image frame by performing at least example, the LG 38UC99-W performs Super+ Resolution) which expands the input matching the native resolution. Since the different sizes, the modified image frame is

different from the first image frame, e.g.:



http://www.lg.com/us/support/video-tutorials/CT10000018-1432737109927-trumotion

27.     LG monitors generate a bridge frame, wherein the bridge frame is a solid color (e.g., backlight off), wherein the bridge frame is different from the first image frame and different from the modified image frame.  For example, the LG 38UC99-W generates a solid black bridge frame, which is different from the first image and first modified image frames, and inserts the black bridge frame between series of similar image frames (including the first modified image frame), e.g.:

| 1ms Motion Blur Reduction | Yes |
|---|---|

28.     LG monitors generate a bridge frame, wherein the bridge frame is a solid color

## How "1ms Motion Blur Reduction" Works

Activation of 1ms Motion Blur Reduction produces a black image insertion with backlight blinking effect. It reduces motion blur since the backlight is off during the rising & falling of the liquid crystal without creating/doubling the frames. The response time is enhanced while 1ms Motion Blur Reduction is ON.

(e.g., backlight off), wherein the bridge frame is different from the first image frame and different from the modified image frame.  For example, the LG 38UC99-W generates a solid black bridge frame, which is different from the first image and first modified image frames, and inserts the black bridge frame between series of similar image frames (including the first modified image frame), e.g.:



Exemplary first modified image frame (scaled up from first image frame)

Exemplary solid black bridge frame

http://www.lg.com/in/monitors/lg-24GM79G

29.     LG monitors generate a bridge frame, wherein the bridge frame is a solid color (e.g., backlight off), wherein the bridge frame is different from the first image frame and different from the modified image frame.  For example, the LG 38UC99-W generates a solid black bridge frame, which is different from the first image and first modified image frames, and inserts the black bridge frame between series of similar image frames (including the first modified image frame), e.g.:

## LG 38UC99

Simon Baker, 26 September 2016



*Blur Reduction Mode Strobing at 75Hz, scale = 5ms*

Once enabled, we can test the strobing via our oscilloscope as shown above. The strobing cycles the backlight completely off and on in sync with the refresh rate of the screen. So each strobe lasts 13.33ms, and there's 75 strobes per second (75Hz). This is both a good and bad thing. On the one hand, at 75Hz the strobing is pretty visible to the naked eye, certainly when you switch it on in desktop use the flicker is very obvious and hard on the eyes. Typically strobed backlights are not available on screens unless they can support high refresh rates natively. Then they tend to be available with an 85Hz typical minimum option, ranging up to 100, 120 and 144Hz in some cases. It's preferable to run the strobing at the highest supported refresh rate frequency since it helps reduce the visible flicker and offers an improved experience in terms of blur reduction (at the cost of some slight brightness reduction admittedly). Even the 85Hz lowest option tends to be problematic to many people as the flicker is too noticeable and hard on the eyes. Here on the 38UC99 the maximum available refresh rate is 75Hz and so you are more limited in its operation and will have to live with some visible flicker in some situations. In dynamic content like gaming, it is less obvious and harder to see but may still add a strain to the eyes for some users. You certainly wouldn't want to enable it for any other uses that's for sure. User experience and susceptibility to the flicker will vary from person to person, but it's likely to be hard on the eyes for a large portion of users we expect.

http://www.tftcentral.co.uk/reviews/lg_38uc99.htm

30.     LG monitors display a modified image frame and display the bridge frame.  For example, both the modified image frame and bridge frame are displayed on the LG 38UC99-W screen, e.g.:



http://www.lg.com/in/monitors/lg-24GM79G

31.     LG also infringes claim 26 of the '444 Patent by making, using, selling, offering for sale and importing LG laser projectors.  The LG products discussed herein, such as the LG HECTO, are representative of the products accused, which encompass other LG products having similar features.





http://www.lg.com/ae/projectors/lg-HECTO

32.     LG laser projectors comprise a storage adapted to store one or more image frames.  For example, the LG Hecto is a Smart TV that accordingly must include a storage for the Smart TV instructions to be stored on as well as being capable of storing one or more image frames, e.g.:

## KEY FEATURES

- Tru-Laser Technology
- 100" Screen
- Anti-Reflective Screen
- LG Smart TV
- Magic Remote
- Smart Sharing
- Wi-Fi® Built-in
- Slim & Narrow Design
- Includes Bell'O Stand

http://www.projectorcentral.com/pdf/projector_spec_7324.pdf

33.    LG laser projectors comprise a processor to obtain a first image frame from a first video stream.  For example, the LG Hecto is a Smart TV that accordingly must include a processor for processing stored instructions for the Smart TV functionality and is also capable of obtaining a first image frame from a first video stream via any of its video input connections. The video stream could come from a cable box, DVD/Blu-Ray player, computer, or one of many other sources, e.g.:

## KEY FEATURES

- Tru-Laser Technology
- 100" Screen
- Anti-Reflective Screen
- LG Smart TV
- Magic Remote
- Smart Sharing
- Wi-Fi® Built-in
- Slim & Narrow Design
- Includes Bell'O Stand

### INPUTS/OUTPUTS

| | |
|---|---|
| RGB In | 1 |
| RGB (PC) Audio In | 1 |
| Composite (AV) In | 1 (Video, Audio), RCA Type |
| Component (Y, Pb, Pr) | 1 (Video, Audio), RCA Type |
| Audio Out | 1 (Optical) |
| Headphone Jack | 1 |
| RS-232C | 1 |
| RJ45 | 1 (network) |
| HDMI™ | 3, CEC (1ea HDMI-ARC) |
| USB | 2 (Type A, 1ea) |
| RF in | 1 (Antenna/Cable) |
| 12V Trigger | 1 |

http://www.projectorcentral.com/pdf/projector_spec_7324.pdf

34.     LG laser projectors generate a modified image frame by performing at least an expanding of the first image frame. For example, the LG Hecto has a native resolution of 1920 x 1080 pixels. It performs upscaling which expands the input frame in real-time to a modified image frame matching the native resolution. Since the image frame and the modified image frame are different sizes, the modified image frame is different from the first image frame, e.g.:

Native Resolution                                          1080p(1920x1080)

Picture Quality function                                   Tripple XD Engine

http://www.lg.com/ae/projectors/lg-HECTO

- Since the vast majority of programming is currently produced in 720p and 1080i, if your television is enabled with 1080p or 4K technology, your TV will convert our HD signal so you can continue to enjoy Spectrum TV.

http://www.spectrum.net/support/tv/hdtv-picture-formats/

**XD engine** is a technology used In LG HDTV's to enhance picture quality. In addition to providing standard features such as Deinterlacing and upscaling, it also provides three user selectable enhancements. **XD** contrast.

XD engine - Wikipedia
https://en.wikipedia.org/wiki/XD_engine

35.      The evidence used in the following slides are screenshots from a video of an LG Hecto being filmed in ultra slow-motion to show each individual frame being displayed on the TV. Below are the first 8 frames displayed in said video, e.g.:



36.     LG laser projectors generate a bridge frame (solid black frame), wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the modified image frame (e.g., upscaled image fame).  For example, the LG Hecto generates a solid black bridge frame, which is different from the first image and first modified image frames, and inserts the black bridge frame between series of similar image frames (including the first modified image frame), e.g.:



Exemplary first modified image frame (scaled up from first image frame)

Exemplary solid black bridge frame

37.     LG laser projectors display the modified image frame and display the bridge frame.  For example, both the modified image frame and bridge frame are displayed on the LG Hecto screen, e.g.:



Exemplary first modified image frame (scaled up from first image frame)

Exemplary solid black bridge frame

38.     By making using, selling, offering for sale, and importing LG TVs, monitors, laser projectors, and other similar products, LG is infringing the claims of the '444 Patent,

including but not limited to claims 1 and 26.  LG has committed these acts of infringement without license or authorization.

39.     LG has injured VEI and is liable to VEI for direct and indirect infringement of the claims of the '444 Patent pursuant to 35 U.S.C. § 271(a), (b), and (c).

40.     As a result of Defendant's infringement of the '444 Patent, VEI has suffered harm and seeks monetary damages in an amount adequate to compensate for infringement, but in no event less than a reasonable royalty for the use made of the invention by LG, together with interest and costs as fixed by the Court.

## COUNT II

### INFRINGEMENT OF U.S. PATENT NO. 9,716,874

41.     Plaintiff incorporates by reference each of the allegations in the foregoing paragraphs, and further alleges as follows:

42.     On July 25, 2017, the United States Patent and Trademark Office issued the '874 Patent for inventions covering A method for generating and displaying modified video, the method comprising; (1) acquiring a source video comprising a sequence of image frames; (2) obtaining a first image frame based on a selected one of the image frames of the source video; (3) generating a modified image frame by performing one of: (i) expanding the first image frame; (ii) removing a first portion of the first image frame; and (iii) stitching together the first image frame with a second portion of a second image frame; and (4) generating a first altered image frame that includes first and second non-overlapping portions, wherein the first non-overlapping portion comprises a first selected portion of the modified image frame, wherein the first image frame does not include the second non-overlapping portion, wherein the modified image frame does not include the second non-overlapping portion; and (5) generating a second altered image frame that includes third and fourth non-overlapping portions, wherein the third non-overlapping portion comprises a second selected portion of the modified image frame, the second selected portion of the modified image frame being different from the first selected portion of the modified image frame, wherein the first image frame does not include the fourth

non-overlapping portion, wherein the modified image frame does not include the fourth non-overlapping portion. A true and correct copy of the '874 Patent is attached as Exhibit B.

43.     LG has been and is now directly and indirectly infringing one or more claims of the '874 Patent, in this judicial District and elsewhere in the United States.

44.     For example, directly infringes the '874 Patent, including but not limited to claim 1, by making, using, selling, offering for sale and importing LG TVs. The LG products discussed herein (e.g. LM9600/LM960V) are representative of the products accused, which encompass other LG products having similar features.

## LG LM9600 / LM960V

*LG's LM9600 range will be available in 55 and 84 inches called 55LM9600 and 84LM9600 (4K resolution) in the US. In Europe it will be available in 47, 55 and 84 inches called 47LM960V, 55LM960V and 84LM960V.*



http://www.flatpanelshd.com/review.php?subaction=showfull&id=1338560188; http://www.lg.com/us/tvs/lg-84LM9600-led-tv

45.     LG TVs acquire a source video comprising a sequence of image frames. For

example, the LM9600/LM960V acquires a source video from one of its plurality of video inputs, such as an HDMI input from a computer or cable box, e.g.:

## AV INPUTS/OUTPUTS

| | |
|---|---|
| RF In (Antenna/Cable) | 1 (Rear) |
| AV In | 1 (Rear w/Gender) |
| Component Video In(Y, Pb, Pr + Audio) | 1 (Rear w/Gender) |
| HDMI™/HDCP Input | 4 (Side) |
| Digital Audio Out (Optical) | 1 (Rear) |
| RGB In (D-Sub 15 Pin) - PC | 1 (Rear) |
| PC Audio Input | 1 (Rear) |
| USB 2.0 | 3 (Side /1:Hub) |
| LAN | 1 (Rear) |

http://www.lg.com/us/tvs/lg-84LM9600-led-tv

46.     Most programming is produced in 720p or 1080i resolution. As such, when the video source is a cable box, the Product obtains a first image frame in 720p or 1080i resolution

- Since the vast majority of programming is currently produced in 720p and 1080i, if your television is enabled with 1080p or 4K technology, your TV will convert our HD signal so you can continue to enjoy Spectrum TV.

from the source video, e.g.:

47.     LG TVs generate a modified image frame by at least expanding the first image frame. For example, the LM9600/LM960V has a screen resolution of 3,840 x 2,160 pixels. It has

| Resolution | 3840 x 2160 |
| --- | --- |

| VIDEO | |
| --- | --- |
| Triple XD™ Engine | Yes |
| Resolution Upscaler (Plus/Basic) | Plus |
| Picture Mode | 7 Modes (Intelligent Sensor/Vivid/Standard/Cinema/Game/ISF Expert 1/ISF Expert 2) |
| Picture Wizard II | Yes |
| Aspect Ratio | 6 Modes (16:9/Just Scan/Set by Program/4:3/Zoom/ Cinema Zoom 1) |
| Just Scan (1:1 Pixel Matching) | HDMI 1080p/1080i/720p, Component 1080p/1080i/720p, RF 1080p/1080i/720p |
| AV Mode (Picture & Sound) | 3 Modes (Cinema/Game/Off) |

http://www.lg.com/us/tvs/lg-84LM9600-led-tv

an Upscaler which in real-time expands the received image frames (most often 720p or 1080i) to a modified image frame with the screen's resolution (3,840 x 2,160). As the first image frame and the modified image frame are different sizes, the modified image frame is different from the first image frame, e.g.:

48.     LG TVs generate a first altered image frame that includes first and second non-overlapping portions.  For example, the LM9600/LM960V features LG's TruMotion 240Hz. LG TruMotion TV's utilize Backlight Scanning technology, which cannot be turned off, and adds additional frames between images to sync the signal rate with the TV's refresh rate. This results in generating altered image frames with first and second non-overlapping portions, e.g.:

## PANEL SPECIFICATIONS

| | |
|---|---|
| Screen Size Class (diagonal) | 84" Class (TBD diagonal) |
| Resolution | 3840 x 2160 |
| BLU Type | LED Plus |
| Response Time | TruMotion 240Hz |
| Local Dimming | Yes |
| Dynamic Contrast Ratio | 10,000,000:1 |

http://www.lg.com/us/tvs/lg-84LM9600-led-tv

# Backlight Scanning

This is the base level of TruMotion, which is necessary to make the Refresh Rate and Signal Rate "Sync." This one cannot be turned off.

In fact, even on TVs with MEMC, that allow you to turn TruMotion off, the setting turns off MEMC but will still use Backlight Scanning. (Because it has to!)

## So? What does it do?

This type of TruMotion fills in those missing frames with a copy of the same frame (it's a bit more complicated, but this gets the idea across).

http://www.lg.com/us/support/product-help/CT10000018-20150159237971-menu-settings

49.     As an example, the LM9600/LM960V features LG's TruMotion 240Hz. LG TruMotion TV's utilize Backlight Scanning technology, which cannot be turned off, and adds additional frames between images to sync the signal rate with the TV's refresh rate. This results in generating altered image frames with first and second non-overlapping portions, e.g.:

## TruMotion 240Hz

In 2009 manufacturers improved on 120Hz technology by increasing the refresh rate to 240 frames per second or 240Hz. It may sound easy enough but it is not. There are currently 2 different ways of achieving 240Hz. One way is to simply expound on the MEMC principle and add even more "estimated" frames between the original frames. Mathematically speaking, that means that 3 "estimated" frames are now required between each of the original frames. This method requires increased processing which reduces efficiency and in the end may create a more artificial looking image as there are now 3 times as many "estimated" frames as there are original frames. The second method for achieving a 240Hz refresh rate is through utilizing a technique called "scanning backlight". This is the approach LG has chosen to implement. Very similar in initial application to 120Hz, MEMC is still utilized to create 1 "estimated" frame between each original frame. Then, scanning backlight turns the backlights off and on very quickly and in sequence. What this does is in effect create a black frame, actually 2 black frames. Black frames, despite the fact that they contain no picture information, are in fact a frame. This process results in a 240Hz refresh rate, is much more efficient and is also very similar to the way a movie is displayed in a commercial movie theater.



http://www.pcworld.com/article/156608/LG_Display.html

50.     The following are screenshots from a recording of an LM9600/LM960V TV showing how backlight scanning generate a first (and second) altered image frame that includes first and second non-overlapping portions, e.g.:



Modified image frame (scaled up from first image frame).

Continued…

First altered image frame

Second altered image frame

51.     A plurality of bridge frames are generated by backlight scanning including a first bridge frame, illustrated below with a lower white rectangle and an upper black rectangle, and a second bridge frame, illustrated below with a lower black rectangle and an upper white rectangle, e.g.:



Modified image frame (scaled up from first image frame).

Continued…



Visualization of first bridge frame

Visualization of second bridge frame

52.     Below is a breakdown of the first altered image frame created by LG TVs (e.g. the backlight scanning feature), e.g.:



Modified image frame (scaled up from first image frame).

Visualization of first bridge frame

Continued…



First altered image frame

Modified image frame (scaled up from first image frame).

Second non-overlapping portion, first and modified first image frames do not include this portion

First altered image frame

First non-overlapping portion, comprising a first selected portion of the modified image frame

53.     Below is a breakdown of the second altered image frame created by LG TVs

(e.g. the backlight scanning feature), e.g.:



Modified image frame (scaled up from first image frame).

Continued…



Visualization of second bridge frame

Second altered image frame

Modified image frame (scaled up from first image frame).

Third non-overlapping portion, different from the first selected portion, comprising a second selected portion of the modified image frame

Second altered image frame

Fourth non-overlapping portion, first and modified first image frames do not include this portion

54.     By making, using, selling, offering for sale, and importing LG TVs and other similar products, LG is infringing the claims of the '874 Patent, including but not limited to claim 1. LG has committed these acts of infringement without license or authorization.

55.     LG has injured VEI and is liable to VEI for direct and indirect infringement of the claims of the '874 Patent pursuant to 35 U.S.C. § 271(a), (b), and (c).

56.     As a result of Defendant's infringement of the '874 Patent, VEI has suffered harm and seeks monetary damages in an amount adequate to compensate for infringement, but in no event less than a reasonable royalty for the use made of the invention by LG, together with interest and costs as fixed by the Court.


## COUNT III

## INFRINGEMENT OF U.S. PATENT NO. 7,030,902

57.     Plaintiff incorporates by reference each of the allegations in the foregoing paragraphs, and further alleges as follows:

58.     On April 18, 2006, the United States Patent and Trademark Office issued the '902 Patent.  In one claimed embodiment, a method for creating an appearance of continuous movement with a plurality of picture frames using two or more pictures, said method comprises a) selecting at least two image pictures which are visually similar, a first image picture and a second image picture; b) selecting a bridging picture which is dissimilar to said image picture; c) arranging said pictures in a sequential order to create a first series of pictures, said sequential order being one or more first image pictures, one or more second image pictures, and one or more bridging pictures; d) placing said first series of pictures on a plurality of picture frames wherein each picture of said first series is placed on a single frame; and e) repeating the first series of pictures a plurality of times to create a continuous plurality of picture frames having said first series thereon, such that when said plurality of picture frames are viewed an appearance of continuous movement is perceived by a viewer.  A true and correct copy of the '902 Patent is attached as Exhibit C.

59.      LG has been and is now directly and indirectly infringing one or more claims of the '902 Patent, in this judicial District and elsewhere in the United States.

60.      For example, LG directly infringes the '902 Patent, including but not limited to claim 1, by making, using, selling, offering for sale and importing LG laser projectors. The LG Hecto is representative of the products accused, which encompass other LG products having similar features.





http://www.lg.com/ae/projectors/lg-HECTO

61.     The evidence used in this section are screenshots from a video of a LG laser projector (e.g. LG Hecto) being filmed in ultra slow-motion to show each individual frame being displayed. Below are the first 8 frames displayed in said video, e.g.:



62.     LG laser projectors select at least two image pictures which are visually similar. For example, the LG Hecto selects three image pictures (shown below as 1, 2 and 3) which are visually similar. In this case, similar red, green and blue image pictures, e.g.:



63.     LG laser projectors select a bridging picture which is dissimilar to said image pictures. For example, the LG Hecto selects an all-black bridging picture (shown below as 4), which is dissimilar to said image pictures, e.g.:



64.     LG laser projectors arrange said pictures in a sequential order to create a first series of pictures. For example, the LG Hecto arranges (and displays) said pictures in sequential order to create a first series of pictures. Shown below, the order the pictures are arranged (and displayed) is 1, 2, 3, 4, e.g.:



65.     LG laser projectors place said first series of pictures on a plurality of picture frames wherein each picture of said first series is placed on a single frame. For example, the LG Hecto places the first series of pictures on a plurality of picture frames, each of the pictures having their own frame. As shown below, each of the image pictures and the bridging picture are displayed on their own frame, e.g.:



66.     As shown below, the first series of pictures, frames 1-4, are repeated in frames

5-8, e.g.:



67.     By making, using, selling, offering for sale, and importing LG laser projectors, LG is infringing the claims of the '902 Patent, including but not limited to claim 1.  LG has committed these acts of infringement without license or authorization.

68.     LG has injured VEI and is liable to VEI for direct and indirect infringement of the claims of the '902 Patent pursuant to 35 U.S.C. § 271(a), (b), and (c).

69.     As a result of LG's infringement of the '902 Patent, VEI has suffered harm and seeks monetary damages in an amount adequate to compensate for infringement, but in no event less than a reasonable royalty for the use made of the invention by LG, together with interest and costs as fixed by the Court.

## PRAYER FOR RELIEF

Plaintiff respectfully requests the following relief from this Court:

A.     That Defendant has directly and indirectly infringed the '444, '874, and '902 patents;

B.     That Defendant be ordered to pay damages to VEI, together with costs, expenses, pre-judgment interest and post-judgment interest as allowed by law;

C.     That the Court enter judgment against Defendant, and in favor of VEI in all respects;

D.     For any such other and further relief as the Court deems just and equitable.

## JURY TRIAL DEMANDED

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, VEI requests a trial by jury of any issues so triable by right.

Respectfully submitted,

Dated:  September 6, 2017          STAMOULIS & WEINBLATT LLC

                                  */s/ Stamatios Stamoulis*
                                  Stamatios Stamoulis #4606
                                       stamoulis@swdelaw.com
                                  Richard C. Weinblatt #5080
                                       weinblatt@swdelaw.com
                                  Two Fox Point Centre
                                  6 Denny Road, Suite 307
                                  Wilmington, DE 19809
                                  Telephone:  (302) 999-1540

                                  Ryan E. Hatch
                                  Law Office of Ryan E. Hatch
                                  CA State Bar No. 235577
                                  13323 W. Washington Blvd., Suite 100
                                  Los Angeles, CA 90066
                                  Tel. 310-279-5076
                                  Fax. 310-693-5328
                                  Email: ryan@ryanehatch.com

                                  Attorneys for Plaintiff,
                                  *Visual Effect Innovations, LLC*